

## STATEMENT UNDER R.C.F.C. 9(m)(2)(B)

(i) The Plaintiff seeks a refund of employment taxes and refundable credits for the fourth quarter 2020 and first quarter 2021.

(ii) Plaintiff made payments to be refunded in total of $5,844.41 on October 14, 2020, October 28, 2020, November 12, 2020, November 25, 2020, December 9, 2020, December 23, 2020, and January 6, 2020 through the Electronic Federal Tax Payment System ("EFTPS") for the tax period ending on December 31, 2021. Plaintiff made payments to be refunded in total of $6,162.91 on January 20, 2021, February 3, 2021, February 17, 2021, March 3, 2021, March 17, 2021, and March 30, 2021 through the EFTPS for the tax period ending on March 31, 2021.

(iii) Plaintiff mailed an amended 941-X return for the tax period ending on December 31, 2020, on July 10, 2023, and mailed such return to Department of Treasury, Internal Revenue Service, Cincinnati, Ohio 45999-0005. Plaintiff mailed an amended 941-X return for the tax period ending on March 31, 2021, on July 10, 2023, and mailed such return to Department of Treasury, Internal Revenue Service, Cincinnati, Ohio 45999-0005 .

(iv)  Plaintiff has a taxpayer identification number of 46-5750291 and legal mailing address at 36 Jaconnet Street, Suite 105, Newton, Massachusetts, 02461.

(v)  Plaintiff mailed its claim for a refund for the tax period ending on December 31, 2020, on July 10, 2023, and mailed such claim to Department of Treasury, Internal Revenue Service, Cincinnati, Ohio 45999-0005. Plaintiff mailed its claim for a refund for the tax period ending on March 31, 2021, on July 10, 2023, and mailed such claim to Department of Treasury, Internal Revenue Service, Cincinnati, Ohio 45999-0005.

(vi)  Not applicable.

                                                              Respectfully Submitted,

Dated: October 1, 2024

                                                              By: */s/ Venar Ayar*
                                                              Venar Ayar
                                                              Counsel for Plaintiff
                                                               30095 Northwestern Hwy, Ste. 102
                                                              Farmington Hills, MI 48334
                                                              (248) 262-3400
                                                              venar@ayarlaw.com