**EXHIBIT C**


US POSTAGE
$001.35⁰
First-Class - IMI
ZIP 48334
07/10/2023
036B 0011822049



...COUNTING
...y, Suite 20A
...334

Department of the Treasury   941x
Internal Revenue Service   4960 409
Cincinnati, OH 45999-0005   Q4 2020
                             Q1 2021