This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 09-24-2024 |
| Response Date: | 09-24-2024 |
| Tracking Number: | 106623390176 |

FORM NUMBER:      941
TAX PERIOD:       Dec. 31, 2020

TAXPAYER IDENTIFICATION NUMBER: XX-XXX0291

ALLI HOSP CAR LL
IRIN GOLD MB
36 JAC

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | $0.00 | |
| ACCRUED INTEREST: | $0.00 | AS OF: Sep. 30, 2024 |
| ACCRUED PENALTY: | $0.00 | AS OF: Jan. 31, 2021 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):       $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:       $25,194.50

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jan. 31, 2021
PROCESSED DATE                                               May 24, 2021

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202118 | 05-24-2021 | $25,194.50 |
| n/a | 09141-123-35061-1 | | | |
| 650 | Federal tax deposit | | 10-14-2020 | -$3,027.44 |
| 650 | Federal tax deposit | | 10-28-2020 | -$2,928.16 |
| 650 | Federal tax deposit | | 11-12-2020 | -$3,083.02 |
| 650 | Federal tax deposit | | 11-25-2020 | -$3,052.14 |
| 650 | Federal tax deposit | | 12-09-2020 | -$4,134.92 |
| 650 | Federal tax deposit | | 12-23-2020 | -$4,611.40 |
| 650 | Federal tax deposit | | 01-06-2021 | -$4,357.42 |
| 971 | Amended tax return or claim forwarded for processing | | 07-14-2023 | $0.00 |
| 976 | Duplicate return filed | | 07-14-2023 | $0.00 |
| n/a | 38977-623-04477-3 | | | |
| 960 | Appointed representative | | 07-12-2023 | $0.00 |
| 290 | Additional tax assessed | 202352 | 01-15-2024 | $0.00 |
| n/a | 17154-757-16021-3 | | | |

This Product Contains Sensitive Taxpayer Data