

EXHIBIT F



US POSTAGE $001.35
First-Class - IM
ZIP 48334
07/10/2023
036B 0011822049

Department of the Treasury  941x
Internal Revenue Service  4950 409
Cincinnati, OH 45999-0005  Q4 2020
                          Q1 2021

...COUNTING
...y, Suite 20A
...334