

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 09-24-2024 |
| Response Date: | 09-24-2024 |
| Tracking Number: | 106623390183 |

FORM NUMBER:      941

TAX PERIOD:       Mar. 31, 2021

TAXPAYER IDENTIFICATION NUMBER: XX-XXX0291

ALLI HOSP CAR LL
IRIN GOLD MB
36 JAC

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    $0.00

ACCRUED INTEREST:                   $0.00   AS OF: Sep. 30, 2024

ACCRUED PENALTY:                    $0.00   AS OF: Apr. 30, 2021

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):      $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:          $27,219.48

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 30, 2021

PROCESSED DATE                              Jul. 12, 2021

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 202125 | 07-12-2021 | $27,219.48 |
| n/a | 29141-168-52954-1 | | | |
| 650 | Federal tax deposit | | 01-20-2021 | -$3,947.82 |
| 650 | Federal tax deposit | | 02-03-2021 | -$5,109.82 |
| 650 | Federal tax deposit | | 02-17-2021 | -$4,680.70 |
| 650 | Federal tax deposit | | 03-03-2021 | -$4,443.70 |
| 650 | Federal tax deposit | | 03-17-2021 | -$4,864.04 |
| 650 | Federal tax deposit | | 03-30-2021 | -$4,173.40 |
| 971 | Amended tax return or claim forwarded for processing | | 07-14-2023 | $0.00 |
| 976 | Amended return filed | | 07-14-2023 | $0.00 |
| n/a | 38977-623-00212-3 | | | |
| 960 | Appointed representative | | 07-12-2023 | $0.00 |

This Product Contains Sensitive Taxpayer Data